**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| BELINDA BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-02382-RBS |
| | ) | |
| ALLY FINANCIAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, BELINDA BRADLEY, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, Esquire, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ALLY FINANCIAL, INC.

DATED: July 22, 2016                RESPECTFULLY SUBMITTED,

By:_/s/ Michael A. Siddons_____
Michael A. Siddons
Attorney #89018
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On July 22, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: _/s/ Michael S. Agruss_
Michael S. Agruss