UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| BELINDA BRADLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-02382-RBS |
| ALLY FINANCIAL, INC., | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

FILED
JUL 25 2016
LUCY V. CHIN, Interim Clerk
By_____ Dep. Clerk

Plaintiff, BELINDA BRADLEY, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, Esquire, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ALLY FINANCIAL, INC.

DATED: July 22, 2016       RESPECTFULLY SUBMITTED,

By: /s/ Michael A. Siddons
Michael A. Siddons
Attorney #89018
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

APPROVED BY THE COURT THIS 25th DAY OF July, 2016

R. BARCLAY SURRICK, J.

7/25/16
U.S. Mail - M. Siddons
Faxed - J. Dwyer